OTTAVIO DE BELLIS ET AL., PLAINTIFFS-RESPONDENTS,
v. FRANK BACE ET UX., DEFENDANTS-APPELLANTS.

Submitted October term, 1929—Decided December 13, 1929.

Before Justices PARKER, BLACK and BODINE.

For the plaintiffs-respondents, *Isador Haber*.

For the defendants-appellants, *Platoff, Saperstein &
Platoff*.

PER CURIAM.

This suit was brought in the First Judicial District Court
of Hudson county to recover the sum of $400 commissions
by duly licensed real estate brokers, for procuring buyers for
property No. 29 Twenty-second street, West New York, New
Jersey, under a written contract dated October 11th, 1928, in
which it is provided for the payment "of $400 as commissions,
upon the day set for the closing of title," &c. The case was
tried by the court without a jury resulting in a judgment for
the plaintiffs, $200 to De Bellis and $200 to Pisani and Con-
rad, as provided for in the written contract. At the close of
plaintiffs' testimony, the defendants moved for a nonsuit,
which was denied by the court, and then the defendants
moved for the direction of a verdict, which was also denied by
the court, exceptions were taken to these rulings, which are
the grounds of appeal. No evidence being offered by the de-
fendants. There is no legal merit on the appeal in this case.
The plaintiffs, as we read the state of the case agreed upon,
sent up in the printed book shows, that the plaintiffs had
earned the commissions for which the court gave judgment.

The judgment of the First Judicial District Court of Hud-
son county is therefore affirmed, with costs.